**Renaldo Diaz PEREZ**

v.

**STATE**

**CR-13-1577**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

**George Samuel GILES**

v.

**STATE**

**CR-13-1579**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Robert E. MORRIS**

v.

**STATE**

**CR-13-1583**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

**Christopher STALLWORTH**

v.

**STATE**

**CR-13-1584**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Ronnie O. PARKER**

v.

**STATE**

**CR-13-1591**

Court of Criminal Appeals of Alabama.

03/12/2015

Transferred to Ct. of Civ. App.